UNITED STATES DISTRICT COURT
for the
District of Vermont

| United States of America | |
|---|---|
| v. | Crim. No. 2:25-mj-158-1 |
| Danielli De Souza-Ribeiro | |

### ORDER OF APPOINTMENT

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Burlington, in the District of Vermont, this 10th day of November 2025.

JEFFREY S. EATON, Clerk
By: /s/ Todd M. LeBlanc
Deputy Clerk